**Order filed April 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00242-CV

_____

**GEORGE A. BUTLER, Appellant**

**V.**

**ROLLS-ROYCE ENERGY SYSTEMS, ET. AL., Appellees**

---

### On Appeal from the 164th District Court
### Harris County, Texas
### Trial Court Cause No. 2009-67075

---

## ORDER

According to information provided to this court, appellant's notice of appeal appears to be untimely.  Our records reflect that the trial court's judgment was signed March 25, 2011.  Therefore, appellant's notice of appeal was not filed until February 27, 2012.

The clerk's record has not been filed in this appeal.  The District Clerk has informed this court that appellant did not pay for preparation of the clerk's record.  In response to notices from this court, appellant informed this court that he filed an affidavit of indigence at the time he filed his notice of appeal.   We have not been advised whether a contest to the affidavit was filed, and if so, the ruling on the contest.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **May 4, 2012.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM

2